Harry BOWDEN, Plaintiff in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. December 7, 1925.)

No. 7262.

In Error to the District Court of the United States for the Western District of Oklahoma.

Morris & Tant, of Oklahoma City, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**2**
C. C. BRIGGS, Plaintiff in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. January 27, 1926.)

No. 7148.

In Error to the District Court of the United States for the Eastern District of Oklahoma.

Franklin H. Griggs, of Tulsa, Okl., and Edward B. Graves, of St. Paul, Minn., for plaintiff in error.

Frank Lee, U. S. Atty., of Muskogee, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error.

---

**3**
Leonard BROMBAK v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. February 5, 1926.)

No. 4558.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

George C. Sayers, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed pursuant to stipulation of counsel. See, also, 9 F.(2d) 292.

---

**4**
Samuel P. BROWN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Fifth Circuit. April 3, 1926.)

No. 4741.

In Error to the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge.

M. H. Myerson, of Jacksonville, Fla., for plaintiff in error.

Francis L. Poor, Asst. U. S. Atty., of Jacksonville, Fla., and Chas. L. Redding, Asst. U. S. Atty., of Savannah, Ga.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The order appealed from is affirmed.

---

**5**
Anthony BUDNIK v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. November 5, 1925.)

No. 4521.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.